FILED
DEC 23 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4972-GT |
| Plaintiff, ) | **ORDER OF DISMISSAL OF INDICTMENT** |
| v. ) | |
| DANIEL LOPEZ-FRIAS, ) | |
| Defendant. ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 10-CR-34972-GT against defendant DANIEL LOPEZ-FRIAS be dismissed without prejudice.

DATED: December 23, 2010

HONORABLE GORDON THOMPSON, JR.
United States District Judge